```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01620
   SHALANDA S JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-2786


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/31/2007 and was confirmed 04/23/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 02/26/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES  IN  SECURED NOT I        .00           .00           .00
AMC MORTGAGE SERVICES  IN  SECURED NOT I    18062.67           .00           .00
CITY OF CHICAGO WATER  DE  SECURED           6205.00           .00       1692.24
COOK COUNTY TREASURER      SECURED            812.50           .00        360.00
LITTON LOAN SERVICING      CURRENT MORTG        .00           .00           .00
LITTON LOAN SERVICING      MORTGAGE ARRE     3427.13           .00       3427.13
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED         .00           .00
AT&T WIRELESS              UNSECURED        NOT FILED         .00           .00
PEOPLES ENERGY             UNSECURED        NOT FILED         .00           .00
LITTON MORTGAGE SERVICIN   UNSECURED        NOT FILED         .00           .00
IRA T NEVEL                UNSECURED        NOT FILED         .00           .00
NCO                        UNSECURED        NOT FILED         .00           .00
SST INC                    UNSECURED        NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          479.55          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          317.31          .00           .00
COMED                      UNSECURED        NOT FILED         .00           .00
PEOPLES GAS                NOTICE ONLY      NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED         .00           .00
T-MOBILE BANKRUPTCY        UNSECURED        NOT FILED         .00           .00
TRS RECOVERY SERVICES      UNSECURED        NOT FILED         .00           .00
VALENTINE & KEBARTAS INC   NOTICE ONLY      NOT FILED         .00           .00
CITY OF CHICAGO WATER  DE  SECURED NOT I      962.06          .00           .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      2,606.33                    2,606.33
TOM VAUGHN                 TRUSTEE                                        559.04
DEBTOR REFUND              REFUND                                         668.22

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 9,312.96


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01620 SHALANDA S JOHNSON
```

```
PRIORITY                                                          .00
SECURED                                                      5,479.37
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,606.33
TRUSTEE COMPENSATION                                           559.04
DEBTOR REFUND                                                  668.22
                                     ---------------   ---------------
TOTALS                                      9,312.96          9,312.96
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 05/23/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```